UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELVIA HERNANDEZ, individually and dba TAQUERIA GUADALAJARA; JOSE OSCAR HERNANDEZ, individually and dba TAQUERIA GUADALAJRA,<br><br>　　　　　Defendants. | No. 1:22-cv-00643-ADA-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DECLINING SUPPLEMENTAL JURISDICTION, AND DISMISSING STATE LAW CLAIMS WITHOUT PREJUDICE<br><br>(ECF No. 17) |

Plaintiff Jose Trujillo ("Plaintiff") initiated this action on May 27, 2022, against Defendants Elvia Hernandez, individually and dba Taqueria Guadalajara, and Jose Oscar Hernandez, individually and dba Taqueria Guadalajara. (ECF No. 1.) The complaint alleges violations of Title III of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 et seq.; the California Unruh Act, California Civil Code § 51 et seq. ("Unruh Act"); and California Health and Safety Code §§ 19955, 19959. (*Id.*) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that the Court decline to exercise supplemental jurisdiction over Plaintiff's Unruh Act and California Health & Safety Code construction-related accessibility claims and dismiss those claims without prejudice pursuant to 28 U.S.C. § 1367(c)(4). (ECF No. 17.) The findings

and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*)  No objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 10, 2023, (ECF No. 17), are ADOPTED IN FULL;
2. The Court declines to exercise supplemental jurisdiction over Plaintiff's Unruh Act and Health & Safety Code construction-related accessibility claims;
3. Plaintiff's Unruh Act and Health & Safety Code construction-related accessibility claims are DISMISSED without prejudice, pursuant to 28 U.S.C. § 1367(c)(4); and
4. The matter is referred back to the assigned Magistrate Judge for further proceedings consistent with this Order.

IT IS SO ORDERED.

Dated:   June 7, 2023

UNITED STATES DISTRICT JUDGE