UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELVIA HERNANDEZ, individually and dba TAQUERIA GUADALAJARA; JOSE OSCAR HERNANDEZ, individually and dba TAQUERIA GUADALAJARA,<br><br>　　　　　Defendants. | No. 1:22-cv-00643-ADA-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(ECF Nos. 11, 19) |

　　　　On May 27, 2022, Plaintiff Jose Trujillo ("Plaintiff") filed this action pursuant to the American with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12181 *et seq.*, California's Unruh Civil Rights Act, California Civil Code § 51, and the California Health & Safety Code. (ECF No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　Since neither Defendant Elvia Hernandez, nor Defendant Jose Oscar Hernandez (collectively "Defendants") appeared in the matter, the Clerk of Court entered default against them on July 11, 2022. (ECF No. 7.) On September 28, 2022, Plaintiff filed the instant motion for default judgment. (ECF No. 11.) On June 8, 2023, the Court declined to exercise supplemental jurisdiction over Plaintiff's Unruh Act and Health & Safety Code construction-related accessibility claims. (ECF No. 18.)

On June 13, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that Plaintiff's motion for default judgment be granted in part. (ECF No. 19.) The findings and recommendations contained notice that any objections thereto were to be filed within fourteen days after service. (*Id*. at 12.) Plaintiff served Defendants with the findings and recommendations by mail on June 15, 2023. (ECF No. 20.) No objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 13, 2023, (ECF No. 19), are ADOPTED in FULL;
2. Plaintiff's motion for default judgment is GRANTED IN PART;
3. Defendants are found and declared to be in violation of Title III of the Americans with Disabilities Act;
4. Defendants are ORDERED to make the following modifications to the facility known as Taqueria Guadalajara, located at 700 West Inyo Avenue in Tulare, California 93274, such that each item is brought into compliance with the accessibility requirements of the Americans with Disabilities Act as follows:
    a) Provide the required number of properly configured and identified accessible parking stall(s);
    b) Provide a properly configured accessible route of travel from the designated accessible parking to the Facility service window;
    c) Provide a properly configured accessible dining table;
    d) Provide a properly configured accessible portion of the service window and transaction counter;
    e) Provide a menu visible from a wheelchair-seated position and/or printed menu that can be handed to customers;

    5.    Judgment shall be entered in Plaintiff's favor and against Defendants in the amount of $3,215.39, consisting of attorney's fees in the amount of $1,950.00 (6.5 hours at $300 per hour), paralegal fees in the amount of $471.50. (4.1 hours at $115.00 per hour), and costs of suit in the amount of $793.89; and

    6.    The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   August 11, 2023                _____
                                                 UNITED STATES DISTRICT JUDGE